19 So.2d 856

**William A. TURBYFILL v. STATE.**

**8 Div. 427.**

Court of Appeals of Alabama.
Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

14 So.2d 916

**Fred TURNER v. STATE.**

**2 Div. 722.**

Court of Appeals of Alabama.
June 1, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

20 So.2d 897

**Newt TURNER v. STATE.**

**6 Div. 131.**

Court of Appeals of Alabama.
Dec. 19, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

20 So.2d 897

**Edgar TYUS v. STATE.**

**5 Div. 211.**

Court of Appeals of Alabama.
Nov. 28, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

20 So.2d 898

**Wilmer VANDIVER v. STATE.**

**8 Div. 462.**

Court of Appeals of Alabama.
Jan. 23, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

17 So.2d 189

**Curlee VINSON v. STATE.**

**5 Div. 189.**

Court of Appeals of Alabama.
Jan. 18, 1944.

J. B. Atkinson, of Clanton, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.